# IN THE UNITED STATED BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: : CASE NO. 18-10113-TPA
:
Jeremy L Logsdon and : CHAPTER 13
Delaynne A Logsdon, :
Debtors. :
:

## PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)

**DATES OF ENCLOSED PAYMENT ADVICES:**

December 15, 2017 – Husband

December 29, 2017

January 12, 2018

January 26, 2018

December 14, 2017 – Wife

December 28, 2017

January 11, 2018

January 25, 2018

February 8, 2018

**Next Payment Advice Expected (post-filing):**

February 9, 2018 – Husband

February 22, 2018 – Wife

C.B.    LOGSDON, JEREMY L AND DELAYNNE A

# EARNINGS STATEMENT (US)



HOME DEPOT U.S.A., INC.

2455 PACES FERRY ROAD
ATLANTA, GA 30339

PAY PERIOD BEGIN: 11/27/2017
PAY PERIOD END: 12/10/2017
ADVICE DATE: 12/15/2017
ADVICE NUMBER: 066032253
BUSINESS IDENTIFICATION NUMBER: 46-93263

ASSOCIATE NAME: JEREMY LOGSDON          ASSOCIATE ID: 102649647

|  | TAX STATUS | NUMBER EXEMPT | ADD'L W/H |  |  |
|---|---|---|---|---|---|
| FICA-MED |  | 0 | .00 | GROSS WAGES: | 2357.07 |
| U.S. FICA |  | 0 | .00 | NET WAGES: | 1193.54 |
| FED INC TX | S | 0 | 10.00 | NET PAY: | 1193.54 |
| PENNSYLVANIA | M | 0 | 5.00 |  |  |
| SUMMIT T L | S | 0 | .00 |  |  |
| PSD 251202 | S | 0 | .00 |  |  |
| PA UNEMPL | S | 0 | .00 |  |  |

| GROSS WAGES | | | | |
|---|---|---|---|---|
| DESCRIPTION | RATE | HOURS | CURRENT | YEAR-TO-DATE |
| REGULAR | .00 | 80.00 | 2357.07 | 56221.86 |
| TOTAL WORKED HOURS: |  | 80.00 |  |  |
| RSTRIC STK | .00 | .00 | .00 | 6622.59 |
| RSTK DIVPO | .00 | .00 | .00 | 275.90 |
| VACATION | .00 | .00 | .00 | 2121.37 |
| FIN AWARD | .00 | .00 | .00 | 7330.83 |
| NFIN AWARD | .00 | .00 | .00 | 5131.00 |
| TOTAL GROSS WAGES: |  |  | 2357.07 | 77703.55 |

| REIMBURSEMENTS | | |
|---|---|---|
| DESCRIPTION | CURRENT | YEAR-TO-DATE |
| EXP REIMB | .00 | 136.00 |
| TOTAL: | .00 | 136.00 |

| PRE TAX DEDUCTIONS, CREDITS AND OTHER COMPENSATION/BENEFITS | | |
|---|---|---|
| DESCRIPTION | CURRENT | YEAR-TO-DATE |
| SAL LTD | 13.27 | 335.91 |
| 401K | -94.28 | -2832.18 |
| ESPP GAIN | .00 | 398.07 |
| TOTAL: | -81.01 | -2098.20 |

1

## EARNINGS STATEMENT (US)

| AFTER TAX DEDUCTIONS | | |
|---|---|---|
| DESCRIPTION | CURRENT | YEAR-TO-DATE |
| ESPP71 | -70.71 | -1002.83 |
| 401K LOAN | -276.42 | -6910.50 |
| HOMER FUND | -1.00 | -25.00 |
| ROTH CONTR | -23.57 | -708.01 |
| PAC | -2.00 | -50.00 |
| PURCHPOWER | -18.09 | -54.27 |
| TOTAL: | -391.79 | -8750.61 |

| TAXES | | |
|---|---|---|
| DESCRIPTION | CURRENT | YEAR-TO-DATE |
| FICA-MED | -34.37 | -1131.57 |
| U.S. FICA | -146.96 | -4838.45 |
| FED INC TX | -393.01 | -14537.92 |
| PENNSYLVANIA | -77.77 | -2520.85 |
| SUMMIT T L | .00 | -52.00 |
| PSD 251202 | -23.70 | -714.09 |
| PA UNEMPL | -1.65 | -49.74 |
| TOTAL: | -677.46 | -23844.62 |

| ACCOUNT NUMBER | TRANSIT | ABA | AMOUNT |
|---|---|---|---|
| ******3414 | ********* | **************** | 1193.54 |

| PHONE | EMAIL | WEBSITE | IMPORTANT NOTES |
|---|---|---|---|
| 1-866-MYTHDHR (698-4347) | MYTHDHR@HOMEDEPOT.COM | WWW.MYTHDHR.COM | |

2

## EARNINGS STATEMENT (US)



HOME DEPOT U.S.A., INC.

2455 PACES FERRY ROAD
ATLANTA, GA 30339

| | |
|---|---|
| PAY PERIOD BEGIN: | 12/11/2017 |
| PAY PERIOD END: | 12/24/2017 |
| ADVICE DATE: | 12/29/2017 |
| ADVICE NUMBER: | 066351276 |
| BUSINESS IDENTIFICATION NUMBER: | 46-93263 |

ASSOCIATE NAME:  JEREMY LOGSDON                    ASSOCIATE ID:   102649647

| | TAX STATUS | NUMBER EXEMPT | ADD'L W/H | | |
|---|---|---|---|---|---|
| FICA-MED | | 0 | .00 | GROSS WAGES: | 2357.07 |
| U.S. FICA | | 0 | .00 | NET WAGES: | 1193.54 |
| FED INC TX | S | 0 | 10.00 | NET PAY: | 1193.54 |
| PENNSYLVANIA | M | 0 | 5.00 | | |
| SUMMIT T L | S | 0 | .00 | | |
| PSD 251202 | S | 0 | .00 | | |
| PA UNEMPL | S | 0 | .00 | | |

| GROSS WAGES | | | | |
|---|---|---|---|---|
| DESCRIPTION | RATE | HOURS | CURRENT | YEAR-TO-DATE |
| REGULAR | .00 | 80.00 | 2357.07 | 58578.93 |
| TOTAL WORKED HOURS: | | 80.00 | | |
| RSTRIC STK | .00 | .00 | .00 | 6622.59 |
| RSTK DIVPO | .00 | .00 | .00 | 275.90 |
| VACATION | .00 | .00 | .00 | 2121.37 |
| FIN AWARD | .00 | .00 | .00 | 7330.83 |
| NFIN AWARD | .00 | .00 | .00 | 5131.00 |
| TOTAL GROSS WAGES: | | | 2357.07 | 80060.62 |

| REIMBURSEMENTS | | |
|---|---|---|
| DESCRIPTION | CURRENT | YEAR-TO-DATE |
| EXP REIMB | .00 | 136.00 |
| TOTAL: | .00 | 136.00 |

| PRE TAX DEDUCTIONS, CREDITS AND OTHER COMPENSATION/BENEFITS | | |
|---|---|---|
| DESCRIPTION | CURRENT | YEAR-TO-DATE |
| SAL LTD | 13.27 | 349.18 |
| 401K | -94.28 | -2926.46 |
| ESPP GAIN | .00 | 398.07 |
| TOTAL: | -81.01 | -2179.21 |

1

## EARNINGS STATEMENT (US)

| AFTER TAX DEDUCTIONS | | |
|---|---|---|
| DESCRIPTION | CURRENT | YEAR-TO-DATE |
| ESPP71 | -70.71 | -1073.54 |
| 401K LOAN | -276.42 | -7186.92 |
| HOMER FUND | -1.00 | -26.00 |
| ROTH CONTR | -23.57 | -731.58 |
| PAC | -2.00 | -52.00 |
| PURCHPOWER | -18.09 | -72.36 |
| TOTAL: | -391.79 | -9142.40 |

| TAXES | | |
|---|---|---|
| DESCRIPTION | CURRENT | YEAR-TO-DATE |
| FICA-MED | -34.37 | -1165.94 |
| U.S. FICA | -146.96 | -4985.41 |
| FED INC TX | -393.01 | -14930.93 |
| PENNSYLVANIA | -77.77 | -2598.62 |
| SUMMIT T L | .00 | -52.00 |
| PSD 251202 | -23.70 | -737.79 |
| PA UNEMPL | -1.65 | -51.39 |
| TOTAL: | -677.46 | -24522.08 |

| ACCOUNT NUMBER | TRANSIT | ABA | AMOUNT |
|---|---|---|---|
| ******3414 | ********* | ***************** | 1193.54 |

| PHONE | EMAIL | WEBSITE | IMPORTANT NOTES |
|---|---|---|---|
| 1-866-MYTHDHR (698-4347) | MYTHDHR@HOMEDEPOT.COM | WWW.MYTHDHR.COM | |

2

## EARNINGS STATEMENT (US)

HOME DEPOT U.S.A., INC.

2455 PACES FERRY ROAD
ATLANTA, GA 30339

PAY PERIOD BEGIN: 12/25/2017
PAY PERIOD END: 01/07/2018
ADVICE DATE: 01/12/2018
ADVICE NUMBER: 066666582
BUSINESS IDENTIFICATION NUMBER: 46-93263

ASSOCIATE NAME: JEREMY LOGSDON     ASSOCIATE ID: 102649647

| | TAX STATUS | NUMBER EXEMPT | ADD'L W/H | | |
|---|---|---|---|---|---|
| FICA-MED | | 0 | .00 | GROSS WAGES: | 2357.07 |
| U.S. FICA | | 0 | .00 | NET WAGES: | 1191.54 |
| FED INC TX | S | 0 | 10.00 | NET PAY: | 1191.54 |
| PENNSYLVANIA | M | 0 | 5.00 | | |
| SUMMIT T L | S | 0 | .00 | | |
| PSD 251202 | S | 0 | .00 | | |
| PA UNEMPL | S | 0 | .00 | | |

### GROSS WAGES

| DESCRIPTION | RATE | HOURS | CURRENT | YEAR-TO-DATE |
|---|---|---|---|---|
| REGULAR | .00 | 80.00 | 2357.07 | 2357.07 |
| TOTAL WORKED HOURS: | | 80.00 | | |
| TOTAL GROSS WAGES: | | | 2357.07 | 2357.07 |

### PRE TAX DEDUCTIONS, CREDITS AND OTHER COMPENSATION/BENEFITS

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| SAL LTD | 13.27 | 13.27 |
| 401K | -94.28 | -94.28 |
| TOTAL: | -81.01 | -81.01 |

### AFTER TAX DEDUCTIONS

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| ESPP72 | -70.71 | -70.71 |
| 401K LOAN | -276.42 | -276.42 |
| HOMER FUND | -1.00 | -1.00 |
| ROTH CONTR | -23.57 | -23.57 |
| PAC | -2.00 | -2.00 |
| PURCHPOWER | -18.09 | -18.09 |
| TOTAL: | -391.79 | -391.79 |

1

## EARNINGS STATEMENT (US)

| TAXES | | |
|---|---|---|
| DESCRIPTION | CURRENT | YEAR-TO-DATE |
| FICA-MED | -34.37 | -34.37 |
| U.S. FICA | -146.96 | -146.96 |
| FED INC TX | -393.01 | -393.01 |
| PENNSYLVANIA | -77.77 | -77.77 |
| SUMMIT T L | -2.00 | -2.00 |
| PSD 251202 | -23.70 | -23.70 |
| PA UNEMPL | -1.65 | -1.65 |
| TOTAL: | -679.46 | -679.46 |

| ACCOUNT NUMBER | TRANSIT | ABA | AMOUNT |
|---|---|---|---|
| ******3414 | ********* | ***************** | 1191.54 |

| PHONE | EMAIL | WEBSITE | IMPORTANT NOTES |
|---|---|---|---|
| 1-866-MYTHDHR (698-4347) | MYTHDHR@HOMEDEPOT.COM | WWW.MYTHDHR.COM | |

2

# EARNINGS STATEMENT (US)



HOME DEPOT U.S.A., INC.  
2455 PACES FERRY ROAD  
ATLANTA, GA 30339

| | |
|---|---|
| PAY PERIOD BEGIN: | 01/08/2018 |
| PAY PERIOD END: | 01/21/2018 |
| ADVICE DATE: | 01/26/2018 |
| ADVICE NUMBER: | 066969405 |
| BUSINESS IDENTIFICATION NUMBER: | 46-93263 |

ASSOCIATE NAME: JEREMY LOGSDON          ASSOCIATE ID: 102649647

| | TAX STATUS | NUMBER EXEMPT | ADD'L W/H | | |
|---|---|---|---|---|---|
| FICA-MED | | 0 | .00 | GROSS WAGES: | 2357.07 |
| U.S. FICA | | 0 | .00 | NET WAGES: | 1191.54 |
| FED INC TX | S | 0 | 10.00 | NET PAY: | 1259.54 |
| PENNSYLVANIA | M | 0 | 5.00 | | |
| SUMMIT T L | S | 0 | .00 | | |
| PSD 251202 | S | 0 | .00 | | |
| PA UNEMPL | S | 0 | .00 | | |

## GROSS WAGES

| DESCRIPTION | RATE | HOURS | CURRENT | YEAR-TO-DATE |
|---|---|---|---|---|
| REGULAR | .00 | 80.00 | 2357.07 | 4714.14 |
| TOTAL WORKED HOURS: | | 80.00 | | |
| TOTAL GROSS WAGES: | | | 2357.07 | 4714.14 |

## REIMBURSEMENTS

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| EXP REIMB | 68.00 | 68.00 |
| TOTAL: | 68.00 | 68.00 |

## PRE TAX DEDUCTIONS, CREDITS AND OTHER COMPENSATION/BENEFITS

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| SAL LTD | 13.27 | 26.54 |
| 401K | -94.28 | -188.56 |
| TOTAL: | -81.01 | -162.02 |

## AFTER TAX DEDUCTIONS

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| ESPP72 | -70.71 | -141.42 |
| 401K LOAN | -276.42 | -552.84 |
| HOMER FUND | | -2.00 |

*Handwritten notes:*  
ESPP72: "This is a stock purchase plan I cant discontinue. I currently own a It is a 6 month program then they purchase stocks in July and January with whatever amount you saved. I cashed in already to cover fees/bills and provided Ron with that statement."

## EARNINGS STATEMENT (US)

| AFTER TAX DEDUCTIONS | | |
|---|---:|---:|
| ROTH CONTR | -23.57 | -47.14 |
| PAC | -2.00 | -4.00 |
| PURCHPOWER | -18.09 | -36.18 |
| | | |
| TOTAL: | -391.79 | -783.58 |

| TAXES | | |
|---|---|---|
| DESCRIPTION | CURRENT | YEAR-TO-DATE |
| | | |
| FICA-MED | -34.37 | -68.74 |
| U.S. FICA | -146.96 | -293.92 |
| FED INC TX | -393.01 | -786.02 |
| PENNSYLVANIA | -77.77 | -155.54 |
| SUMMIT T L | -2.00 | -4.00 |
| PSD 251202 | -23.70 | -47.40 |
| PA UNEMPL | -1.65 | -3.30 |
| | | |
| TOTAL: | -679.46 | -1358.92 |

| ACCOUNT NUMBER | TRANSIT | ABA | AMOUNT |
|---|---|---|---|
| ******3414 | ********* | **************** | 1259.54 |

| PHONE | EMAIL | WEBSITE | IMPORTANT NOTES |
|---|---|---|---|
| 1-866-MYTHDHR (698-4347) | MYTHDHR@HOMEDEPOT.COM | WWW.MYTHDHR.COM | |

2

# Northwest

100 LIBERTY STREET
WARREN, PA 16365

| Pay Statement | |
|---|---|
| Period Start Date | 12/01/2017 |
| Period End Date | 12/14/2017 |
| Pay Date | 12/14/2017 |
| Document | 1036038 |
| Net Pay | $567.87 |

## Message

PLEASE VERIFY YOUR NAME, ADDRESS AND SSN ON THE HR WEB PORTAL FOR YEAR-END PROCESSING.

## Pay Details

| | | | |
|---|---|---|---|
| DELAYNNE A LOGSDON | Employee Number 48753 | Pay Group FULL TIME | Federal Income Tax  M  0 |
| 68 SOUTH ST | SSN ●●●●●2685 | Location UNION CITY | PA State Income Tax (Residence)  M  0 |
| UNION CITY, PA 16438 | Job TELLER | DIVISION 02 - ERIE REGION | PA State Income Tax (Work)  M  0 |
| USA | Pay Rate $12.5240 | DEPARTMENT 211 - UNION CITY II | |
| | Pay Frequency Biweekly | LOCATIONS 211 - UNION CITY II | |
| | | AREA/DSTRCT ECO - ERIE COUNTY DISTRICT | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| FLOATING HOLIDA | 0.0000 | $0.0000 | $0.00 | $108.85 |
| GROUP TERM LIFE | | | $0.08 | $5.17 |
| HOLIDAY | 8.0000 | $0.0000 | $100.19 | $954.83 |
| HOLIDAY BONUS | 0.0000 | $0.0000 | $0.00 | $1,386.05 |
| OVERTIME | 0.0000 | $0.0000 | $0.00 | $1,182.79 |
| PAID TIME OFF | 20.0000 | $0.0000 | $250.48 | $2,710.34 |
| PREVENT EXAM | 0.0000 | $0.0000 | $0.00 | $25.00 |
| REGULAR | 52.0000 | $0.0000 | $651.25 | $22,945.01 |
| STRAIGHT OT | 1.5600 | $0.0000 | $19.54 | $424.42 |
| TOBACCO FREE | 0.0000 | $0.0000 | $0.00 | $50.00 |
| WELLNESS PROFIL | 0.0000 | $0.0000 | $0.00 | $50.00 |

Total Hours  81.5600

## Deductions

| | | Employee | | Employer | |
|---|---|---|---|---|---|
| Deduction | Pre-Tax | Current | YTD | Current | YTD |
| 401(K) | Yes | $10.02 | $267.12 | $0.00 | $0.00 |
| 401K LOAN PMT | No | $80.32 | $2,008.00 | $0.00 | $0.00 |
| 401K SECOND LOA | No | $17.08 | $170.80 | $0.00 | $0.00 |
| DENTAL INS | Yes | $19.50 | $487.50 | $0.00 | $0.00 |
| GROUP TERM LIFE | No | $0.08 | $5.17 | $0.00 | $0.00 |
| PPO MEDICAL | Yes | $168.00 | $4,200.00 | --- | --- |
| VISION INS | Yes | $11.59 | $289.75 | $0.00 | $0.00 |

| GROUP TERM LIFE | | No | $0.00 | $0.00 | $0.01 | $0.25 |
|---|---|---|---|---|---|---|

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $47.97 | $1,864.10 |
| Employee Medicare | $11.93 | $360.55 |
| Social Security Employee Tax | $50.99 | $1,541.64 |
| PA State Income Tax | $25.25 | $763.20 |
| ERIE CITY | $0.00 | $159.51 |
| MILLCREEK TWP | $0.00 | $14.48 |
| MILLCREEK | $0.00 | $74.19 |
| MILLCREEK TWP SD | $0.00 | $1.52 |
| ERIE CITY CITY | $0.00 | $25.34 |
| ERIE CITY SD | $0.00 | $2.66 |
| UNION CITY | $8.22 | $39.22 |
| UNION CITY BORO | $2.00 | $6.00 |
| PA Unemployment Employee | $0.72 | $20.89 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| FLOAT HOLIDAY | 0.0000 | 0.0000 |
| PAID TIME OFF | 0.0000 | 4.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx2340 | Savings | $50.00 |
| xxxxxx0215 | Savings | $50.00 |
| xxxxxx5036 | Savings | $2.00 |
| xxxxxx4935 | Savings | $25.00 |
| xxxxxx4885 | Savings | $25.00 |
| xxxxxx4893 | Savings | $25.00 |
| xxxxxx4927 | Savings | $25.00 |
| xxxxxx3414 | Checking | $365.87 |
| Total | | $567.87 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,021.54 | $812.43 | $147.08 | $306.59 | $567.87 |
| YTD | $29,842.46 | $24,598.09 | $4,873.30 | $7,428.34 | $17,540.82 |

# Northwest

100 LIBERTY STREET
WARREN, PA 16365

**Pay Statement**

| | |
|---|---|
| Period Start Date | 12/15/2017 |
| Period End Date | 12/28/2017 |
| Pay Date | 12/28/2017 |
| Document | 1038290 |
| Net Pay | $556.56 |

## Message

**HAPPY HOLIDAYS!**

## Pay Details

DELAYNNE A LOGSDON
68 SOUTH ST
UNION CITY, PA 16438
USA

| | | | | | |
|---|---|---|---|---|---|
| Employee Number | 48753 | Pay Group | FULL TIME | Federal Income Tax | M 0 |
| SSN | ●●●-●●-2685 | Location | UNION CITY | PA State Income Tax (Residence) | M 0 |
| Job | TELLER | DIVISION | 02 - ERIE REGION | PA State Income Tax (Work) | M 0 |
| Pay Rate | $12.5240 | DEPARTMENT | 211 - UNION CITY II | | |
| Pay Frequency | Biweekly | LOCATIONS | 211 - UNION CITY II | | |
| | | AREA/DSTRCT | ECO - ERIE COUNTY DISTRICT | | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| FLOATING HOLIDA | 0.0000 | $0.0000 | $0.00 | $108.85 |
| GROUP TERM LIFE | | | $0.08 | $5.25 |
| HOLIDAY | 0.0000 | $0.0000 | $0.00 | $954.83 |
| HOLIDAY BONUS | 0.0000 | $0.0000 | $0.00 | $1,386.05 |
| OVERTIME | 0.2700 | $0.0000 | $5.07 | $1,187.86 |
| PAID TIME OFF | 4.0000 | $0.0000 | $50.10 | $2,760.44 |
| PREVENT EXAM | 0.0000 | $0.0000 | $0.00 | $25.00 |
| REGULAR | 76.0000 | $0.0000 | $951.82 | $23,896.83 |
| STRAIGHT OT | 0.0000 | $0.0000 | $0.00 | $424.42 |
| TOBACCO FREE | 0.0000 | $0.0000 | $0.00 | $50.00 |
| WELLNESS PROFIL | 0.0000 | $0.0000 | $0.00 | $50.00 |

Total Hours  80.2700

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401(K) | Yes | $10.02 | $277.14 | $0.00 | $0.00 |
| 401K LOAN PMT | No | $80.32 | $2,088.32 | $0.00 | $0.00 |
| 401K SECOND LOA | No | $17.08 | $187.88 | $0.00 | $0.00 |
| DENTAL INS | Yes | $19.50 | $507.00 | $0.00 | $0.00 |
| GROUP TERM LIFE | No | $0.08 | $5.25 | $0.00 | $0.00 |
| PPO MEDICAL | Yes | $168.00 | $4,368.00 | --- | --- |
| VISION INS | Yes | $11.59 | $301.34 | $0.00 | $0.00 |
| GROUP TERM LIFE | No | $0.00 | $0.00 | $0.01 | $0.26 |

| Taxes | | |
|---|---|---|
| Tax | Current | YTD |
| Federal Income Tax | $46.53 | $1,910.63 |
| Employee Medicare | $11.71 | $372.26 |
| Social Security Employee Tax | $50.10 | $1,591.74 |
| PA State Income Tax | $24.80 | $788.00 |
| ERIE CITY | $0.00 | $159.51 |
| MILLCREEK TWP | $0.00 | $14.48 |
| MILLCREEK | $0.00 | $74.19 |
| MILLCREEK TWP SD | $0.00 | $1.52 |
| ERIE CITY CITY | $0.00 | $25.34 |
| ERIE CITY SD | $0.00 | $2.66 |
| UNION CITY | $8.08 | $47.30 |
| UNION CITY BORO | $2.00 | $8.00 |
| PA Unemployment Employee | $0.70 | $21.59 |

| Paid Time Off | | | Net Pay Distribution | | |
|---|---|---|---|---|---|
| Plan | Current | Balance | Account Number | Account Type | Amount |
| FLOAT HOLIDAY | 0.0000 | 0.0000 | xxxxxx2340 | Savings | $50.00 |
| PAID TIME OFF | 0.0000 | 0.0000 | xxxxxx0215 | Savings | $50.00 |
| | | | xxxxxx5036 | Savings | $2.00 |
| | | | xxxxxx4935 | Savings | $25.00 |
| | | | xxxxxx4885 | Savings | $25.00 |
| | | | xxxxxx4893 | Savings | $25.00 |
| | | | xxxxxx3414 | Checking | $379.56 |
| | | | Total | | $556.56 |

| Pay Summary | | | | | |
|---|---|---|---|---|---|
| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
| Current | $1,007.07 | $797.96 | $143.92 | $306.59 | $556.56 |
| YTD | $30,849.53 | $25,396.05 | $5,017.22 | $7,734.93 | $18,097.38 |

# Northwest

100 LIBERTY STREET
WARREN, PA 16365

**Pay Statement**

| | |
|---|---|
| Period Start Date | 12/29/2017 |
| Period End Date | 01/11/2018 |
| Pay Date | 01/11/2018 |
| Document | 1040558 |
| Net Pay | $560.84 |

## Message

PLEASE REVIEW YOUR PAYSTUB TO ENSURE YOUR 2018 BENEFIT ELECTIONS ARE ACCURATE.

## Pay Details

| | | | |
|---|---|---|---|
| DELAYNNE A LOGSDON | Employee Number 48753 | Pay Group  FULL TIME | Federal Income Tax  M 0 |
| 68 SOUTH ST | SSN  ****2685 | Location  UNION CITY | PA State Income Tax (Residence)  M 0 |
| UNION CITY, PA 16438 | Job  TELLER | DIVISION  02 - ERIE REGION | PA State Income Tax (Work)  M 0 |
| USA | Pay Rate  $12.5240 | DEPARTMENT  211 - UNION CITY II | |
| | Pay Frequency  Biweekly | LOCATIONS  211 - UNION CITY II | |
| | | AREA/DSTRCT  ECO - ERIE COUNTY DISTRICT | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| GROUP TERM LIFE | | | $0.08 | $0.08 |
| HOLIDAY | 8.0000 | $0.0000 | $100.19 | $100.19 |
| OVERTIME | 0.8800 | $0.0000 | $16.53 | $16.53 |
| REGULAR | 72.0000 | $0.0000 | $901.73 | $901.73 |
| STRAIGHT OT | 0.8400 | $0.0000 | $10.52 | $10.52 |

Total Hours  81.7200

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401(K) | Yes | $10.02 | $10.02 | $0.00 | $0.00 |
| 401K LOAN PMT | No | $80.32 | $80.32 | $0.00 | $0.00 |
| 401K SECOND LOA | No | $17.08 | $17.08 | $0.00 | $0.00 |
| DENTAL INS | Yes | $21.00 | $21.00 | $0.00 | $0.00 |
| GROUP TERM LIFE | No | $0.08 | $0.08 | $0.00 | $0.00 |
| PPO MEDICAL | Yes | $183.00 | $183.00 | — | — |
| VISION INS | Yes | $11.59 | $11.59 | $0.00 | $0.00 |
| GROUP TERM LIFE | No | $0.00 | $0.00 | $0.01 | $0.01 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $47.07 | $47.07 |
| Employee Medicare | $11.80 | $11.80 |
| Social Security Employee Tax | $50.43 | $50.43 |

https://e12.ultipro.com/handlers/WebPayStatementHandler.ashx?EEID=6JX9RB0000K0&...    1/22/2018

| | | | | | |
|---|---|---|---|---|---|
| PA State Income Tax | | | | $24.97 | $24.97 |
| UNION CITY | | | | $8.13 | $8.13 |
| UNION CITY BORO | | | | $2.00 | $2.00 |
| PA Unemployment Employee | | | | $0.72 | $0.72 |

| Paid Time Off | | | Net Pay Distribution | | |
|---|---|---|---|---|---|
| Plan | Current | Balance | Account Number | Account Type | Amount |
| FLOAT HOLIDAY | 0.0000 | 0.0000 | xxxxxx5036 | Savings | $2.00 |
| PAID TIME OFF | 208.0000 | 208.0000 | xxxxxx4935 | Savings | $25.00 |
| | | | xxxxxx3414 | Checking | $533.84 |
| | | | Total | | $560.84 |

Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,029.05 | $803.44 | $145.12 | $323.09 | $560.84 |
| YTD | $1,029.05 | $803.44 | $145.12 | $323.09 | $560.84 |

# Northwest

100 LIBERTY STREET
WARREN, PA 16365

**Pay Statement**

| | |
|---|---|
| Period Start Date | 01/12/2018 |
| Period End Date | 01/25/2018 |
| Pay Date | 01/25/2018 |
| Document | 1042850 |
| Net Pay | $555.98 |

## Message

IF YOU NOTICE A CHANGE IN YOUR TAX WITHHOLDING, IT MAY BE DUE TO THE NEW IRS TAX LAW CHANGES

## Pay Details

| | | | |
|---|---|---|---|
| DELAYNNE A LOGSDON | Employee Number 48753 | Pay Group FULL TIME | Federal Income Tax M 0 |
| 68 SOUTH ST | SSN ████2685 | Location UNION CITY | PA State Income Tax (Residence) M 0 |
| UNION CITY, PA 16438 | Job TELLER | DIVISION 02 - ERIE REGION | PA State Income Tax (Work) M 0 |
| USA | Pay Rate $12.5240 | DEPARTMENT 211 - UNION CITY II | |
| | Pay Frequency Biweekly | LOCATIONS 211 - UNION CITY II | |
| | | AREA/DSTRCT ECO - ERIE COUNTY DISTRICT | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| GROUP TERM LIFE | | | $0.08 | $0.16 |
| HOLIDAY | 8.0000 | $0.0000 | $100.19 | $200.38 |
| OVERTIME | 0.3500 | $0.0000 | $6.58 | $23.11 |
| PAID TIME OFF | 8.0000 | $0.0000 | $100.19 | $100.19 |
| REGULAR | 64.0000 | $0.0000 | $801.54 | $1,703.27 |
| STRAIGHT OT | 0.0000 | $0.0000 | $0.00 | $10.52 |

Total Hours 80.3500

## Deductions

| | | Employee | | Employer | |
|---|---|---|---|---|---|
| Deduction | Pre-Tax | Current | YTD | Current | YTD |
| 401(K) | Yes | $10.02 | $20.04 | $0.00 | $0.00 |
| 401K LOAN PMT | No | $80.32 | $160.64 | $0.00 | $0.00 |
| 401K SECOND LOA | No | $17.08 | $34.16 | $0.00 | $0.00 |
| DENTAL INS | Yes | $21.00 | $42.00 | $0.00 | $0.00 |
| GROUP TERM LIFE | No | $0.08 | $0.16 | $0.00 | $0.00 |
| PPO MEDICAL | Yes | $183.00 | $366.00 | — | — |
| VISION INS | Yes | $11.59 | $23.18 | $0.00 | $0.00 |
| GROUP TERM LIFE | No | $0.00 | $0.00 | $0.01 | $0.02 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $33.87 | $80.94 |

| | | | | | |
|---|---|---|---|---|---|
| Employee Medicare | | | | $11.49 | $23.29 |
| Social Security Employee Tax | | | | $49.17 | $99.60 |
| PA State Income Tax | | | | $24.34 | $49.31 |
| UNION CITY | | | | $7.93 | $16.06 |
| UNION CITY BORO | | | | $2.00 | $4.00 |
| PA Unemployment Employee | | | | $0.71 | $1.43 |

| Paid Time Off | | | Net Pay Distribution | | |
|---|---|---|---|---|---|
| Plan | Current | Balance | Account Number | Account Type | Amount |
| PAID TIME OFF | 0.0000 | 200.0000 | xxxxxx5036 | Savings | $2.00 |
| | | | xxxxxx4935 | Savings | $25.00 |
| | | | xxxxxx3414 | Checking | $528.98 |
| | | | Total | | $555.98 |

### Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,008.58 | $782.97 | $129.51 | $323.09 | $555.98 |
| YTD | $2,037.63 | $1,586.41 | $274.63 | $646.18 | $1,116.82 |

# Northwest

100 LIBERTY STREET
WARREN, PA 16365

**Pay Statement**

| | |
|---|---|
| Period Start Date | 01/26/2018 |
| Period End Date | 02/08/2018 |
| Pay Date | 02/08/2018 |
| Document | 1045114 |
| Net Pay | $559.35 |

## Message

ALL THE ROADS TO SUCCESS ARE UPHILL.

## Pay Details

| | | | |
|---|---|---|---|
| DELAYNNE A LOGSDON | Employee Number 48753 | Pay Group  FULL TIME | Federal Income Tax  M 0 |
| 68 SOUTH ST | SSN  ****2685 | Location  UNION CITY | PA State Income Tax  M 0 |
| UNION CITY, PA 16438 | Job  TELLER | DIVISION  02 - ERIE REGION | (Residence) |
| USA | Pay Rate  $12.5240 | DEPARTMENT  211 - UNION CITY II | PA State Income Tax (Work)  M 0 |
| | Pay Frequency  Biweekly | LOCATIONS  211 - UNION CITY II | |
| | | AREA/DSTRCT  ECO - ERIE COUNTY DISTRICT | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| GROUP TERM LIFE | | | $0.08 | $0.24 |
| HOLIDAY | 8.0000 | $0.0000 | $100.19 | $300.57 |
| OVERTIME | 0.5800 | $0.0000 | $10.90 | $34.01 |
| PAID TIME OFF | 0.0000 | $0.0000 | $0.00 | $100.19 |
| REGULAR | 72.0000 | $0.0000 | $901.73 | $2,605.00 |
| STRAIGHT OT | 0.0000 | $0.0000 | $0.00 | $10.52 |

Total Hours 80.5800

## Deductions

| | | Employee | | Employer | |
|---|---|---|---|---|---|
| Deduction | Pre-Tax | Current | YTD | Current | YTD |
| 401(K) | Yes | $10.02 | $30.06 | $0.00 | $0.00 |
| 401K LOAN PMT | No | $80.32 | $240.96 | $0.00 | $0.00 |
| 401K SECOND LOA | No | $17.08 | $51.24 | $0.00 | $0.00 |
| DENTAL INS | Yes | $21.00 | $63.00 | $0.00 | $0.00 |
| GROUP TERM LIFE | No | $0.08 | $0.24 | $0.00 | $0.00 |
| PPO MEDICAL | Yes | $183.00 | $549.00 | — | — |
| VISION INS | Yes | $11.59 | $34.77 | $0.00 | $0.00 |
| GROUP TERM LIFE | No | $0.00 | $0.00 | $0.01 | $0.03 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $34.31 | $115.25 |
| Employee Medicare | $11.56 | $34.85 |

| | | |
|---|---|---|
| Social Security Employee Tax | $49.43 | $149.03 |
| PA State Income Tax | $24.48 | $73.79 |
| UNION CITY | $7.97 | $24.03 |
| UNION CITY BORO | $2.00 | $6.00 |
| PA Unemployment Employee | $0.71 | $2.14 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| PAID TIME OFF | 0.0000 | 200.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx5036 | Savings | $2.00 |
| xxxxxx4935 | Savings | $25.00 |
| xxxxxx3414 | Checking | $532.35 |
| Total | | $559.35 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,012.90 | $787.29 | $130.46 | $323.09 | $559.35 |
| YTD | $3,050.53 | $2,373.70 | $405.09 | $969.27 | $1,676.17 |