| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **Jeremy L. Logsdon** | Social Security number or ITIN | xxx–xx–6425 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Delaynne A. Logsdon** | Social Security number or ITIN | xxx–xx–2685 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed for chapter 13 | 2/9/18 |
| Case number: | 18–10113–TPA | | |

# Official Form 309I
## Notice of Chapter 13 Bankruptcy Case 12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Jeremy L. Logsdon | Delaynne A. Logsdon |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 68 South Street<br>Union City, PA 16438 | 68 South Street<br>Union City, PA 16438 |
| 4. | **Debtor's attorney**<br>Name and address | Daniel P. Foster<br>Foster Law Offices<br>PO Box 966<br>Meadville, PA 16335 | Contact phone 814.724.1165<br><br>Email: dan@mrdebtbuster.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–471–5566<br><br>Email: cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 814–464–9740<br><br>Date: 3/6/18 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 24, 2018 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 6/25/18** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 4/20/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 8/8/18** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**4/24/18** at **10:00 AM** , Location: **Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 18-10113-TPA
Jeremy L. Logsdon                                               Chapter 13
Delaynne A. Logsdon
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: aala              Page 1 of 2           Date Rcvd: Mar 06, 2018
                              Form ID: 309I           Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 08, 2018.
```
db/jdb         +Jeremy L. Logsdon,   Delaynne A. Logsdon,   68 South Street,   Union City, PA 16438-1224
aty            +James Warmbrodt,   KML Law Group, P.C.,   701 Market Street,   Suite 5000,
                 Philadelphia, PA 19106-1541
tr             +Ronda J. Winnecour,   Suite 3250, USX Tower,   600 Grant Street,   Pittsburgh, PA 15219-2702
14771846      ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
                (address filed with court: Cbna,   50 Northwest Point Road,   Elk Grove Village, IL 60007)
14771847       +Chase Auto,   Po Box 901003,   Ft Worth, TX 76101-2003
14771851       +Comenity Bank / My Points Reward,   Po Box 182120,   Columbus, OH 43218-2120
14771852       +Discover Bank,   502 East Market Street,   Greenwood, DE 19950-9700
14771857       +PayPal Credit,   PO Box 105658,   Atlanta, GA 30348-5658
14771858       +Saint Vincent Health Center,   232 West 25th Street,   Erie, PA 16544-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: dan@mrdebtbuster.com Mar 07 2018 02:42:58     Daniel P. Foster,
                 Foster Law Offices,   PO Box 966,   Meadville, PA  16335
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 07 2018 02:43:13     Pennsylvania Dept. of Revenue,
                 Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
ust            +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Mar 07 2018 02:43:24
                 Office of the United States Trustee,   Liberty Center.,   1001 Liberty Avenue, Suite 970,
                 Pittsburgh, PA 15222-3721
cr             +EDI: AISACG.COM Mar 07 2018 07:43:00     Capital One Auto Finance, a division of Capital On,
                 4515 N Santa Fe Ave. Dept. APS,   Oklahoma City, OK 73118-7901
14775831        EDI: GMACFS.COM Mar 07 2018 07:43:00     Ally Bank,   PO Box 130424,   Roseville MN 55113-0004
14771842       +EDI: GMACFS.COM Mar 07 2018 07:43:00     Ally Financial,   200 Renaissance Center,
                 Detroit, MI 48243-1300
14771843        EDI: BANKAMER.COM Mar 07 2018 07:43:00     Bank Of America,   Po Box 982238,
                 El Paso, TX 79998
14771844       +EDI: TSYS2.COM Mar 07 2018 07:43:00     Barclays Bank Delaware,   Po Box 8803,
                 Wilmington, DE 19899-8803
14771845       +EDI: CAPONEAUTO.COM Mar 07 2018 07:43:00     Capital One Auto Finance,   3901 Dallas Parkway,
                 Plano, TX 75093-7864
14777459       +EDI: AISACG.COM Mar 07 2018 07:43:00     Capital One Auto Finance, c/o AIS Portfolio Servic,
                 P.O. Box 4360,   Houston, TX 77210-4360
14771848       +EDI: CHASE.COM Mar 07 2018 07:43:00     Chase Card,   Po Box 15298,   Wilmington, DE 19850-5298
14771849       +EDI: WFNNB.COM Mar 07 2018 07:43:00     Comenity Bank / Buckle,   Po Box 182789,
                 Columbus, OH 43218-2789
14771850       +EDI: WFNNB.COM Mar 07 2018 07:43:00     Comenity Bank / Gander Mountain,   Po Box 182789,
                 Columbus, OH 43218-2789
14771853        EDI: DISCOVER.COM Mar 07 2018 07:43:00     Discover Financial Services LLC,   Po Box 15316,
                 Wilmington, DE 19850
14775078        EDI: DISCOVER.COM Mar 07 2018 07:43:00     Discover Bank,   Discover Products Inc,
                 PO Box 3025,   New Albany, OH  43054-3025
14774026       +EDI: DISCOVERPL Mar 07 2018 07:43:00     Discover Personal Loans,   PO Box 30954,
                 Salt Lake City, UT 84130-0954
14771854        EDI: CBSKOHLS.COM Mar 07 2018 07:43:00     Kohls / Capital One,
                 N56 West 17000 Ridgewood Drive,   Menomonee Falls, WI 53051
14771855       +E-mail/Text: bk@lendingclub.com Mar 07 2018 02:43:37     Lending Club Corporation,
                 71 Stevenson Street,   Suite 300,   San Francisco, CA 94105-2985
14771856        E-mail/Text: camanagement@mtb.com Mar 07 2018 02:43:08     M & T Bank,   1 Fountain Plaza,
                 Buffalo, NY 14203
14772668       +EDI: PRA.COM Mar 07 2018 07:43:00     PRA Receivables Management, LLC,   PO Box 41021,
                 Norfolk, VA 23541-1021
14771859       +EDI: RMSC.COM Mar 07 2018 07:43:00     Syncb / Car Care Discount Tire,   Po Box 965036,
                 Orlando, FL 32896-5036
14771860       +EDI: RMSC.COM Mar 07 2018 07:43:00     Syncb / Golfsmith,   950 Forrer Boulevard,
                 Kettering, OH 45420-1469
14771861       +EDI: RMSC.COM Mar 07 2018 07:43:00     Syncb / JCPenney Dc,   Po Box 965007,
                 Orlando, FL 32896-5007
14771862       +EDI: RMSC.COM Mar 07 2018 07:43:00     Syncb / Walmart,   Po Box 965024,
                 Orlando, FL 32896-5024
14771863       +EDI: RMSC.COM Mar 07 2018 07:43:00     Syncb / Walmart Dc,   Po Box 965024,
                 Orlando, FL 32896-5024
14771864       +EDI: RMSC.COM Mar 07 2018 07:43:00     Syncb / Yamaha,   900 Concourse Drive,
                 Rapid City, SD 57703-4762
14771865       +EDI: CITICORP.COM Mar 07 2018 07:43:00     The Home Depot / Cbna,   Po Box 6497,
                 Sioux Falls, SD 57117-6497
14771866       +E-mail/Text: Bankruptcy@ukfcu.org Mar 07 2018 02:43:51     University Of Kentucky,
                 1080 Export Street,   Lexington, KY 40504-2761
14771867       +EDI: WFFC.COM Mar 07 2018 07:43:00     Wells Fargo Financial National Bank,   Po Box 94498,
                 Las Vegas, NV 89193-4498
                                                                                              TOTAL: 29
```

```
District/off: 0315-1          User: aala                   Page 2 of 2                   Date Rcvd: Mar 06, 2018
                              Form ID: 309I                Total Noticed: 38
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              M&T Bank
cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                              TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 6, 2018 at the address(es) listed below:
              Daniel P. Foster    on behalf of Joint Debtor Delaynne A. Logsdon dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Debtor Jeremy L. Logsdon dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James  Warmbrodt    on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                     TOTAL: 5
```