**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | **BANKRUPTCY CASE NO. 18-10113-TPA** |
| | : | |
| **Jeremy L Logsdon and** | : | **CHAPTER 13** |
| **Delaynne A Logsdon,** | : | |
| Debtors, | : | |
| _____ | : | **DOCKET NO.:** |
| **Jeremy L Logsdon and** | : | |
| **Delaynne A Logsdon,** | : | |
| Movants, | : | |
| | : | |
| vs. | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

**CERTIFICATE OF SERVICE**

    I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Amended Chapter 13 Plan and Order by First-Class Mail, U.S. Postage Paid on the parties below*.

| | |
|---|---|
| Executed on: **May 22, 2018** | By: */s/ Clarissa Bayhurst* |
| | Clarissa Bayhurst, PARALEGAL |
| | FOSTER LAW OFFICES |
| | PO Box 966 |
| | Meadville, PA 16335 |
| | Tel 814.724.1165 |
| | Fax 814.724.1158 |

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Capital One Auto Finance
3901 Dallas Parkway
Plano, TX 75093-7864

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Chase Card
Po Box 15298
Wilmington, DE 19850-5298

Comenity Bank / My Points Reward
Po Box 182120
Columbus, OH 43218-2120

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Kohls / Capital One
N56 West 17000 Ridgewood Drive
Menomonee Falls, WI 53051

Jeremy L. Logsdon
68 South Street
Union City, PA 16438-1224

Ally Bank
PO Box 130424
Roseville MN 55113-0004

Bank of America, N.A.
P O Box 982284
El Paso, TX 79998-2284

Capital One Auto Finance, a division of Capi
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

(p)CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

Comenity Bank / Buckle
Po Box 182789
Columbus, OH 43218-2789

Discover Bank
502 East Market Street
Greenwood, DE 19950-9700

Discover Personal Loans
PO Box 30954
Salt Lake City, UT 84130-0954

Lending Club Corporation
71 Stevenson Street
Suite 300
San Francisco, CA 94105-2985

(p)M&T BANK
LEGAL DOCUMENT PROCESSING
626 COMMERCE DRIVE
AMHERST NY 14228-2307

Ally Financial
200 Renaissance Center
Detroit, MI 48243-1300

Barclays Bank Delaware
Po Box 8803
Wilmington, DE 19899-8803

Capital One Auto Finance, c/o AIS Portfolio
P.O. Box 4360
Houston, TX 77210-4360

Chase Auto
Po Box 901003
Ft Worth, TX 76101-2003

Comenity Bank / Gander Mountain
Po Box 182789
Columbus, OH 43218-2789

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

Delaynne A. Logsdon
68 South Street
Union City, PA 16438-1224

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

PRA Receivables Management, LLC
claims@recoverycorp.com

PayPal Credit
PO Box 105658
Atlanta, GA 30348-5658

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA 98083-0788

Saint Vincent Health Center
232 West 25th Street
Erie, PA 16544-0001

Syncb / Car Care Discount Tire
Po Box 965036
Orlando, FL 32896-5036

Syncb / JCPenney Dc
Po Box 965007
Orlando, FL 32896-5007

Syncb / Walmart
Po Box 965024
Orlando, FL 32896-5024

Syncb / Yamaha
900 Concourse Drive
Rapid City, SD 57703-4762

The Home Depot / Cbna
Po Box 6497
Sioux Falls, SD 57117-6497

James Warmbrodt
KML Law Group, P.C.
bkgroup@kmllawgroup.com

Wells Fargo Bank, N.A.
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Syncb / Golfsmith
950 Forrer Boulevard
Kettering, OH 45420-1469

Syncb / Walmart Dc
Po Box 965024
Orlando, FL 32896-5024

University Of Kentucky
1080 Export Street
Lexington, KY 40504-2761

Wells Fargo Financial National Bank
Po Box 94498
Las Vegas, NV 89193-4498