**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| | : | Bankruptcy No: 18-10113-TPA |
| Jeremy L. Logsdon and | : | |
| Delaynne A. Logsdon, | : | |
| *Debtors*, | : | Chapter 13 |
| | : | |
| vs. | : | |
| | : | DOCKET NO.: |
| | : | |
| Wells Fargo Financial National Bank, | : | |
| *Movant*, | : | |
| | : | |

**NOTICE OF**
**CHANGE OF ADDRESS**

**Creditor Name:**      **Wells Fargo Financial National Bank**
**Incorrect Address:**  **PO Box 94498, Las Vegas NV 89193-4498**
**Correct Address:**    **420 Montgomery Street, San Francisco CA 94104**

Respectfully Submitted,

Date: October 2, 2019

/s/Daniel P. Foster, Esquire
Daniel P. Foster, Esquire
PA I.D. #92376
FOSTER LAW OFFICES
PO Box 966
Meadville, PA 16335
Tel: 814.724.1165
Fax: 814.724.1158
Dan@MrDebtBuster.com
Attorney for Debtors