**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CASE NO. 18-10113-TPA |
| | : | |
| **Jeremy L Logsdon and** | : | **CHAPTER 13** |
| **Delaynne A Logsdon,** | : | |
| Debtors, | : | |
| | : | **MOTION NO.: WO - 1** |
| **Jeremy L Logsdon,** | : | |
| Movant, | : | **RELATED TO DOCKET NO.: 52** |
| | : | |
| vs. | : | |
| | : | |
| **Home Depot USA Inc.,** | : | |
| | : | |
| and | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee. | : | |
| Respondents. | : | |

## **CERTIFICATE OF SERVICE**

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Wage Attachment Termination by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: November 5, 2019            By: /s/ Clarissa Bayhurst
                                         CLARISSA BAYHURST, PARALEGAL
                                         FOSTER LAW OFFICES
                                         Po Box 966
                                         Meadville, PA 16335
                                         Tel 814.724.1165
                                         Fax 814.724.1158

---

*Parties served by the court electronically were not served by regular mail

## **MATRIX**

**HOME DEPOT USA INC**
**2455 PACES FERRY ROAD**
**ATLANTA GA 30339**