Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Jeremy L. Logsdon** | : | Case No. 18–10113–TPA |
| **Delaynne A. Logsdon** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 4th of November, 2019,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)  The above–captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13–FR–S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)  The Clerk shall give notice to all creditors of this dismissal.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                           Case No. 18-10113-TPA
Jeremy L. Logsdon                                                Chapter 13
Delaynne A. Logsdon
        Debtors                 CERTIFICATE OF NOTICE
District/off: 0315-1          User: jmar                  Page 1 of 2                  Date Rcvd: Nov 04, 2019
                              Form ID: 309                Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 06, 2019.
db/jdb         +Jeremy L. Logsdon,    Delaynne A. Logsdon,    68 South Street,    Union City, PA 16438-1224
14816482       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14771846      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Cbna,    50 Northwest Point Road,    Elk Grove Village, IL 60007)
14771847       +Chase Auto,    Po Box 901003,    Ft Worth, TX 76101-2003
14771851       +Comenity Bank / My Points Reward,    Po Box 182120,    Columbus, OH 43218-2120
14771852       +Discover Bank,    502 East Market Street,    Greenwood, DE 19950-9700
14771858       +Saint Vincent Health Center,    232 West 25th Street,    Erie, PA 16544-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +EDI: AISACG.COM Nov 05 2019 07:48:00      Capital One Auto Finance, a division of Capital On,
                4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
14775831        EDI: GMACFS.COM Nov 05 2019 07:48:00      Ally Bank,    PO Box 130424,    Roseville MN 55113-0004
14771842       +EDI: GMACFS.COM Nov 05 2019 07:48:00      Ally Financial,    200 Renaissance Center,
                Detroit, MI 48243-1300
14771843        EDI: BANKAMER.COM Nov 05 2019 07:48:00      Bank Of America,    Po Box 982238,
                El Paso, TX 79998
14771844       +EDI: TSYS2.COM Nov 05 2019 07:48:00      Barclays Bank Delaware,    Po Box 8803,
                Wilmington, DE 19899-8803
14771845       +EDI: CAPONEAUTO.COM Nov 05 2019 07:48:00      Capital One Auto Finance,    3901 Dallas Parkway,
                Plano, TX 75093-7864
14777459       +EDI: AISACG.COM Nov 05 2019 07:48:00      Capital One Auto Finance, c/o AIS Portfolio Servic,
                P.O. Box 4360,    Houston, TX 77210-4360
14808253        EDI: BL-BECKET.COM Nov 05 2019 07:48:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                PO Box 3001,    Malvern PA 19355-0701
14771848       +EDI: CHASE.COM Nov 05 2019 07:48:00      Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
14771849       +EDI: WFNNB.COM Nov 05 2019 07:48:00      Comenity Bank / Buckle,    Po Box 182789,
                Columbus, OH 43218-2789
14771850       +EDI: WFNNB.COM Nov 05 2019 07:48:00      Comenity Bank / Gander Mountain,    Po Box 182789,
                Columbus, OH 43218-2789
14771853        EDI: DISCOVER.COM Nov 05 2019 07:48:00      Discover Financial Services LLC,    Po Box 15316,
                Wilmington, DE 19850
14775078        EDI: DISCOVER.COM Nov 05 2019 07:48:00      Discover Bank,    Discover Products Inc,
                PO Box 3025,    New Albany, OH  43054-3025
14774026       +EDI: DISCOVERPL Nov 05 2019 07:48:00      Discover Personal Loans,    PO Box 30954,
                Salt Lake City, UT 84130-0954
14771854        E-mail/Text: bncnotices@becket-lee.com Nov 05 2019 03:10:23      Kohls / Capital One,
                N56 West 17000 Ridgewood Drive,    Menomonee Falls, WI 53051
14771855       +E-mail/Text: bk@lendingclub.com Nov 05 2019 03:11:14      Lending Club Corporation,
                71 Stevenson Street,    Suite 300,   San Francisco, CA 94105-2985
14854278       +E-mail/Text: bk@lendingclub.com Nov 05 2019 03:11:14      LendingClub Corporation,
                71 Stevenson Street, Suite 1000,    San Francisco, CA 94105-2967
14771856        E-mail/Text: camanagement@mtb.com Nov 05 2019 03:10:29      M & T Bank,    1 Fountain Plaza,
                Buffalo, NY 14203
14786970        E-mail/Text: camanagement@mtb.com Nov 05 2019 03:10:29      M&T Bank,    P.O. Box 1288,
                Buffalo, NY 14240-1288
14796390        EDI: PRA.COM Nov 05 2019 07:48:00      Portfolio Recovery Associates, LLC,    POB 12914,
                Norfolk VA 23541
14772668       +EDI: PRA.COM Nov 05 2019 07:48:00      PRA Receivables Management, LLC,    PO Box 41021,
                Norfolk, VA 23541-1021
14771857       +EDI: RMSC.COM Nov 05 2019 07:48:00      PayPal Credit,    PO Box 105658,    Atlanta, GA 30348-5658
14812637        EDI: Q3G.COM Nov 05 2019 07:48:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                PO Box 788,    Kirkland, WA  98083-0788
14805806        EDI: Q3G.COM Nov 05 2019 07:48:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                PO Box 788,    Kirkland, WA  98083-0788
14771859       +EDI: RMSC.COM Nov 05 2019 07:48:00      Syncb / Car Care Discount Tire,    Po Box 965036,
                Orlando, FL 32896-5036
14771860       +EDI: RMSC.COM Nov 05 2019 07:48:00      Syncb / Golfsmith,    950 Forrer Boulevard,
                Kettering, OH 45420-1469
14771861       +EDI: RMSC.COM Nov 05 2019 07:48:00      Syncb / JCPenney Dc,    Po Box 965007,
                Orlando, FL 32896-5007
14771862       +EDI: RMSC.COM Nov 05 2019 07:48:00      Syncb / Walmart,    Po Box 965024,
                Orlando, FL 32896-5024
14771863       +EDI: RMSC.COM Nov 05 2019 07:48:00      Syncb / Walmart Dc,    Po Box 965024,
                Orlando, FL 32896-5024
14771864       +EDI: RMSC.COM Nov 05 2019 07:48:00      Syncb / Yamaha,    900 Concourse Drive,
                Rapid City, SD 57703-4762
14771865       +EDI: CITICORP.COM Nov 05 2019 07:48:00      The Home Depot / Cbna,    Po Box 6497,
                Sioux Falls, SD 57117-6497
14771866       +E-mail/Text: Bankruptcy@ukfcu.org Nov 05 2019 03:11:35      University Of Kentucky,
                1080 Export Street,    Lexington, KY 40504-2761
14795537        EDI: WFFC.COM Nov 05 2019 07:48:00      Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,
                Des Moines, IA  50306-0438
```

```
District/off: 0315-1          User: jmar               Page 2 of 2                  Date Rcvd: Nov 04, 2019
                              Form ID: 309             Total Noticed: 41
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
14771867        +EDI: WFFC.COM Nov 05 2019 07:48:00    Wells Fargo Financial National Bank,
                  420 Montgomery Street,  San Francisco, CA 94104-1298
                                                                                                TOTAL: 34

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               M&T Bank
cr*             +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                  TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2019 at the address(es) listed below:
```
              Daniel P. Foster    on behalf of Joint Debtor Delaynne A. Logsdon dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Debtor Jeremy L. Logsdon dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                          TOTAL: 5
```