FILED
11/12/19 1:32 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE NO. 18-10113-TPA |
| | : | |
| Jeremy L. Logsdon and | : | CHAPTER 13 |
| Delaynne A. Logsdon, | : | |
| Debtors, | : | |
| _____ | : | RELATED TO DOCKET NO.: 56 |
| Jeremy L. Logsdon and | : | |
| Delaynne A. Logsdon, | : | |
| Movants, | : | |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondents. | : | |

### ORDER REGARDING DEBTORS' MOTION FOR RECONSIDERATION OF ORDER DISMISSING CASE WITHOUT PREJUDICE, TERMINATING WAGE ATTACHMENTS, AND REINSTATING CREDITOR COLLECTION REMEDIES

AND NOW on this __12th__ day of _____November_____, 2019 upon consideration of the within Motion, it is hereby **ORDERED, ADJUDGED AND DECREED** that the MOTION FOR RECONSIDERATION OF ORDER DISMISSING CASE WITHOUT PREJUDICE, TERMINATING WAGE ATTACHMENTS, AND REINSTATING CREDITOR COLLECTION REMEDIES is hereby **GRANTED**. The Order Dismissing Case is **VACATED** and the Chapter 13 Case is **REINSTATED**. The conciliation conference previously scheduled for December 3, 2019 at 2:00 P.M. will proceed as scheduled.
.

BY THE COURT:

Thomas P. Agresti, Judge
United States Bankruptcy Court

jlm

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Jeremy L. Logsdon
Delaynne A. Logsdon
      Debtors

Case No. 18-10113-TPA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: aala     Page 1 of 1     Date Rcvd: Nov 12, 2019
                         Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2019.
db/jdb       +Jeremy L. Logsdon,    Delaynne A. Logsdon,    68 South Street,    Union City, PA 16438-1224

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2019                                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2019 at the address(es) listed below:
        Daniel P. Foster    on behalf of Joint Debtor Delaynne A. Logsdon dan@mrdebtbuster.com,
         clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
        Daniel P. Foster    on behalf of Debtor Jeremy L. Logsdon dan@mrdebtbuster.com,
         clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
        James Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 5