**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| Jeremy L. Logsdon and | : | Bankruptcy No: 18-10113-TPA |
| Delaynne A. Logsdon, | : | |
| *Debtors*, | : | Chapter 13 |
| | : | |
| vs. | : | |
| | : | DOCKET NO.: |
| | : | |
| PayPal Credit, | : | |
| *Movant*, | : | |
| | : | |

**NOTICE OF**
**CHANGE OF ADDRESS**

**Creditor Name:**      **PayPal Credit**
**Incorrect Address:**  **PO Box 105658, Atlanta GA 30348-5658**
**Correct Address:**    **PO Box 71202, Charlotte NC 28272-1202**

Respectfully Submitted,

Date:  November 19, 2019

/s/Daniel P. Foster, Esquire
Daniel P. Foster, Esquire
PA I.D. #92376
FOSTER LAW OFFICES
PO Box 966
Meadville, PA 16335
Tel: 814.724.1165
Fax: 814.724.1158
Dan@MrDebtBuster.com
Attorney for Debtors