**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | **BANKRUPTCY CASE NO. 18-10113-TPA** |
| **Jeremy L. Logsdon  AND** | : | **CHAPTER 13** |
| **Delaynne A. Logsdon,** | : | |
| Debtors. | : | |
| | : | **Related to Docket No. 63** |
| **Foster Law Offices, LLC,** | : | |
| Movant. | : | |
| | : | |
| vs. | : | |
| **No Respondent.** | : | |

**NOTICE OF TELEPHONIC HEARING AND RESPONSE DEADLINE REGARDING**
**APPLICATION OF FOSTER LAW OFFICES, LLC, COUNSEL TO THE DEBTOR, FOR FINAL COMPENSATION**

*TO THE RESPONDENT(S):*

*You are hereby notified that the Movant seeks an order affecting your rights or property.*

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than May 18, 2020, seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of Judge Agresti as found his Procedures webpage at http://www.pawb.uscourts.gov/procedures. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

*You should take this Notice and the Motion to a lawyer at once.*

A *telephonic hearing* will be held on June 24, 2020, at 10:00 A.M. before Judge Thomas P. Agresti in the Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501. All attorneys and Parties may only appear telephonically and must comply with Judge Agresti's Modified Telephone Procedures which can be found at http://www.pawb.uscourts.gov/content/judge-thomas-p-agresti. While under the current COVID-19 circumstances it is not encouraged, the general public may personally appear. Only ten minutes is being provided on the calendar. No witnesses will be heard.  If an evidentiary hearing is required, it will be scheduled by the Court for a later date. Pro se parties may participate by phone at no charge by contacting CourtCall at www.courtcall.com or at (866) 582-6878 no later than 24 hours prior to the scheduled hearing.

Date: May 1,2020                                             /s/ Daniel P. Foster, Esquire
                                                             Daniel P. Foster
                                                             PA I.D. # 92376
                                                             Foster Law Offices, LLC
                                                             P.O. Box 966
                                                             Meadville, PA 16335
                                                             Phone: 814.724.1165
                                                             Fax: 814.724.1158
                                                             Email: dan@mrdebtbuster.com
                                                             Attorney for Debtors/Movants

## **CERTIFICATE OF SERVICE**

      I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Application of Foster Law Offices, LLC, Counsel to the Debtors, for Interim Compensation, Local Form 08 Summary, Exhibit C, Proposed Order and Notice of Telephonic Hearing and Response Deadline Regarding Application of Foster Law Offices, LLC, Counsel to the Debtors, for Interim Compensation** by Electronic-Mail and/or US Mail on the parties below.

Executed on: **May 1, 2020**

*By: /s/ Kathryn M. Schwartz*
Kathryn M. Schwartz,
PARALEGAL
FOSTER LAW OFFICES, LLC
PO Box 966
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-1<br>Case 18-10113-TPA<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Erie<br>Fri May  1 07:58:54 EDT 2020 | Capital One Auto Finance, a division of Capi<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | 1<br>U.S. Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501-1169 | Ally Bank<br>PO Box 130424<br>Roseville MN 55113-0004 |
| Ally Financial<br>200 Renaissance Center<br>Detroit, MI 48243-1300 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 |
| Barclays Bank Delaware<br>Po Box 8803<br>Wilmington, DE 19899-8803 | Capital One Auto Finance<br>3901 Dallas Parkway<br>Plano, TX 75093-7864 | Capital One Auto Finance, c/o AIS Portfolio<br>P.O. Box 4360<br>Houston, TX 77210-4360 |
| Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | Chase Auto<br>Po Box 901003<br>Ft Worth, TX 76101-2003 |
| (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Comenity Bank / Buckle<br>Po Box 182789<br>Columbus, OH 43218-2789 | Comenity Bank / Gander Mountain<br>Po Box 182789<br>Columbus, OH 43218-2789 |
| Comenity Bank / My Points Reward<br>Po Box 182120<br>Columbus, OH 43218-2120 | Discover Bank<br>502 East Market Street<br>Greenwood, DE 19950-9700 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 |
| (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Discover Personal Loans<br>PO Box 30954<br>Salt Lake City, UT 84130-0954 | Kohls / Capital One<br>N56 West 17000 Ridgewood Drive<br>Menomonee Falls, WI 53051 |
| Lending Club Corporation<br>71 Stevenson Street<br>Suite 300<br>San Francisco, CA 94105-2985 | LendingClub Corporation<br>71 Stevenson Street, Suite 1000<br>San Francisco, CA 94105-2967 | (p)M&T BANK<br>LEGAL DOCUMENT PROCESSING<br>626 COMMERCE DRIVE<br>AMHERST NY 14228-2307 |
| Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | PayPal Credit<br>PO Box 71202<br>Charlotte,NC  28272-1202 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA  98083-0788

Quantum3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA  98083-0788

Saint Vincent Health Center
232 West 25th Street
Erie, PA 16544-0001


Syncb / Car Care Discount Tire
Po Box 965036
Orlando, FL 32896-5036

Syncb / Golfsmith
950 Forrer Boulevard
Kettering, OH 45420-1469

Syncb / JCPenney Dc
Po Box 965007
Orlando, FL 32896-5007


Syncb / Walmart
Po Box 965024
Orlando, FL 32896-5024

Syncb / Walmart Dc
Po Box 965024
Orlando, FL 32896-5024

Syncb / Yamaha
900 Concourse Drive
Rapid City, SD 57703-4762


The Home Depot / Cbna
Po Box 6497
Sioux Falls, SD 57117-6497

University Of Kentucky
1080 Export Street
Lexington, KY 40504-2761

Wells Fargo Bank, N.A.
PO Box 10438, MAC F8235-02F
Des Moines, IA  50306-0438


Wells Fargo Financial National Bank
420 Montgomery Street
San Francisco, CA 94104-1298

Daniel P. Foster
Foster Law Offices
PO Box 966
Meadville, PA 16335-6966

Delaynne A. Logsdon
68 South Street
Union City, PA 16438-1224


Jeremy L. Logsdon
68 South Street
Union City, PA 16438-1224

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702



           The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
           by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Bank Of America
Po Box 982238
El Paso, TX 79998

Cbna
50 Northwest Point Road
Elk Grove Village, IL 60007

Chase Card
Po Box 15298
Wilmington, DE 19850


Discover Financial Services LLC
Po Box 15316
Wilmington, DE 19850

M & T Bank
1 Fountain Plaza
Buffalo, NY 14203

(d)M&T Bank
P.O. Box 1288
Buffalo, NY 14240-1288


Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)M&T Bank | (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | End of Label Matrix<br>Mailable recipients    46<br>Bypassed recipients     2<br>Total                   48 |