**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY CASE NO. 18-10113-TPA |
| **Jeremy L. Logsdon  AND** | : | CHAPTER 13 |
| **Delaynne A. Logsdon,** | : | |
| Debtors. | : | |
| | : | Related to Docket No. 63 |
| **Foster Law Offices, LLC,** | : | |
| Movant. | : | |
| | : | |
| vs. | : | |
| **No Respondent.** | : | |

## Certificate of No Objection Regarding Application of Foster Law Offices, LLC, Counsel to the Debtor, for Interim Compensation

The undersigned hereby certifies that, as of the date hereof, no Answer, Objection or other Responsive Pleading to the *Application of Foster Law Offices, LLC, Counsel to the Debtor, for Interim Compensation*, filed on May 1, 2020 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no Answer, Objection or other Responsive Pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, Objections to the Motion were to be filed and served no later than May 18, 2020.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Date: May 19, 2020

Respectfully submitted,
/s/ Daniel P. Foster, Esquire
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices, LLC
P.O. Box 966
Meadville, PA 16335
Phone:  814.724.1165
Fax: 814.724.1158
Email: dan@mrdebtbuster.com
Attorney for Debtor

## **CERTIFICATE OF SERVICE**

I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the ***Certificate of No Objection Regarding Application of Foster Law Offices, LLC, Counsel to the Debtor, for Interim Compensation*** by First-Class Mail, U.S. Postage Paid or Electronic Mail on the parties below**\***.

Executed on: May 19, 2020

*By: /s/ Kathryn M. Schwartz*
Kathryn M. Schwartz,
PARALEGAL
FOSTER LAW OFFICES, LLC
PO Box 966
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

```
Label Matrix for local noticing          Capital One Auto Finance, a division of Capi    PRA Receivables Management, LLC
0315-1                                   4515 N Santa Fe Ave. Dept. APS                  PO Box 41021
Case 18-10113-TPA                        Oklahoma City, OK 73118-7901                    Norfolk, VA 23541-1021
WESTERN DISTRICT OF PENNSYLVANIA
Erie
Fri May  1 07:58:54 EDT 2020

Pennsylvania Dept. of Revenue            1                                                Ally Bank
Department 280946                        U.S. Bankruptcy Court                            PO Box 130424
P.O. Box 280946                          U.S. Courthouse, Room B160                       Roseville MN 55113-0004
ATTN: BANKRUPTCY DIVISION                17 South Park Row
Harrisburg, PA 17128-0946                Erie, PA 16501-1169


Ally Financial                           (p)BANK OF AMERICA                               Bank of America, N.A.
200 Renaissance Center                   PO BOX 982238                                    P O Box 982284
Detroit, MI 48243-1300                   EL PASO TX 79998-2238                            El Paso, TX 79998-2284




Barclays Bank Delaware                   Capital One Auto Finance                         Capital One Auto Finance, c/o AIS Portfolio
Po Box 8803                              3901 Dallas Parkway                              P.O. Box 4360
Wilmington, DE 19899-8803                Plano, TX 75093-7864                             Houston, TX 77210-4360




Capital One, N.A.                        (p)CITIBANK                                      Chase Auto
c/o Becket and Lee LLP                   PO BOX 790034                                    Po Box 901003
PO Box 3001                              ST LOUIS MO 63179-0034                           Ft Worth, TX 76101-2003
Malvern PA 19355-0701



(p)JPMORGAN CHASE BANK  N A              Comenity Bank / Buckle                           Comenity Bank / Gander Mountain
BANKRUPTCY MAIL INTAKE TEAM              Po Box 182789                                    Po Box 182789
700 KANSAS LANE FLOOR 01                 Columbus, OH 43218-2789                          Columbus, OH 43218-2789
MONROE LA 71203-4774



Comenity Bank / My Points Reward         Discover Bank                                    Discover Bank
Po Box 182120                            502 East Market Street                           Discover Products Inc
Columbus, OH 43218-2120                  Greenwood, DE 19950-9700                         PO Box 3025
                                                                                          New Albany, OH  43054-3025



(p)DISCOVER FINANCIAL SERVICES LLC       Discover Personal Loans                          Kohls / Capital One
PO BOX 3025                              PO Box 30954                                     N56 West 17000 Ridgewood Drive
NEW ALBANY OH 43054-3025                 Salt Lake City, UT 84130-0954                    Menomonee Falls, WI 53051




Lending Club Corporation                 LendingClub Corporation                          (p)M&T BANK
71 Stevenson Street                      71 Stevenson Street, Suite 1000                  LEGAL DOCUMENT PROCESSING
Suite 300                                San Francisco, CA 94105-2967                     626 COMMERCE DRIVE
San Francisco, CA 94105-2985                                                              AMHERST NY 14228-2307



Office of the United States Trustee      PayPal Credit                                    (p)PORTFOLIO RECOVERY ASSOCIATES LLC
Liberty Center.                          PO Box 71202                                     PO BOX 41067
1001 Liberty Avenue, Suite 970           Charlotte,NC  28272-1202                         NORFOLK VA 23541-1067
Pittsburgh, PA 15222-3721
```

| | | |
|---|---|---|
| Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Saint Vincent Health Center<br>232 West 25th Street<br>Erie, PA 16544-0001 |
| Syncb / Car Care Discount Tire<br>Po Box 965036<br>Orlando, FL 32896-5036 | Syncb / Golfsmith<br>950 Forrer Boulevard<br>Kettering, OH 45420-1469 | Syncb / JCPenney Dc<br>Po Box 965007<br>Orlando, FL 32896-5007 |
| Syncb / Walmart<br>Po Box 965024<br>Orlando, FL 32896-5024 | Syncb / Walmart Dc<br>Po Box 965024<br>Orlando, FL 32896-5024 | Syncb / Yamaha<br>900 Concourse Drive<br>Rapid City, SD 57703-4762 |
| The Home Depot / Cbna<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | University Of Kentucky<br>1080 Export Street<br>Lexington, KY 40504-2761 | Wells Fargo Bank, N.A.<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA  50306-0438 |
| Wells Fargo Financial National Bank<br>420 Montgomery Street<br>San Francisco, CA 94104-1298 | Daniel P. Foster<br>Foster Law Offices<br>PO Box 966<br>Meadville, PA 16335-6966 | Delaynne A. Logsdon<br>68 South Street<br>Union City, PA 16438-1224 |
| Jeremy L. Logsdon<br>68 South Street<br>Union City, PA 16438-1224 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank Of America<br>Po Box 982238<br>El Paso, TX 79998 | Cbna<br>50 Northwest Point Road<br>Elk Grove Village, IL 60007 | Chase Card<br>Po Box 15298<br>Wilmington, DE 19850 |
| Discover Financial Services LLC<br>Po Box 15316<br>Wilmington, DE 19850 | M & T Bank<br>1 Fountain Plaza<br>Buffalo, NY 14203 | (d)M&T Bank<br>P.O. Box 1288<br>Buffalo, NY 14240-1288 |
| Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)M&T Bank | (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | End of Label Matrix<br>Mailable recipients    46<br>Bypassed recipients     2<br>Total                  48 |