Form 213

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Jeremy L. Logsdon**
**Delaynne A. Logsdon**
   Debtor(s)

Bankruptcy Case No.: 18–10113–TPA
Related to Docket No. 67
Chapter: 13
Docket No.: 68 – 67
Concil. Conf.: 11/10/20 at 09:30 AM

## ORDER

    **WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

    **IT IS HEREBY ORDERED** that, on or before **September 28, 2020,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

    **IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

    On or before **October 19, 2020,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

    On **11/10/20** at **09:30 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.

    If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

    This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: August 14, 2020

cm: All Creditors and Parties In Interest

Thomas P. Agresti, Judge
United States Bankruptcy Court

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689−4002

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                              Case No. 18-10113-TPA
Jeremy L. Logsdon                                                   Chapter 13
Delaynne A. Logsdon
      Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-1           User: jmar                Page 1 of 2              Date Rcvd: Aug 14, 2020
                               Form ID: 213              Total Noticed: 41
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 16, 2020.
```
db/jdb         +Jeremy L. Logsdon,    Delaynne A. Logsdon,    68 South Street,    Union City, PA 16438-1224
14771843      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:   Bank Of America,     Po Box 982238,    El Paso, TX 79998)
14816482       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14771844       +Barclays Bank Delaware,    Po Box 8803,    Wilmington, DE 19899-8803
14771846      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court:   Cbna,    50 Northwest Point Road,    Elk Grove Village, IL 60007)
14808253        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14771847       +Chase Auto,    Po Box 901003,    Ft Worth, TX 76101-2003
14771851       +Comenity Bank / My Points Reward,    Po Box 182120,    Columbus, OH 43218-2120
14771852       +Discover Bank,    502 East Market Street,    Greenwood, DE 19950-9700
14771854        Kohls / Capital One,    N56 West 17000 Ridgewood Drive,    Menomonee Falls, WI 53051
14771858       +Saint Vincent Health Center,    232 West 25th Street,    Erie, PA 16544-0001
14771865       +The Home Depot / Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
14795537        Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
14771867       +Wells Fargo Financial National Bank,    420 Montgomery Street,    San Francisco, CA 94104-1298
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 15 2020 04:33:11
                 Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
14775831        E-mail/Text: ally@ebn.phinsolutions.com Aug 15 2020 04:25:58      Ally Bank,   PO Box 130424,
                 Roseville MN 55113-0004
14771842       +E-mail/Text: ally@ebn.phinsolutions.com Aug 15 2020 04:25:58      Ally Financial,
                 200 Renaissance Center,    Detroit, MI 48243-1300
14771845       +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Aug 15 2020 04:33:19
                 Capital One Auto Finance,    3901 Dallas Parkway,    Plano, TX 75093-7864
14777459       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 15 2020 04:34:04
                 Capital One Auto Finance, c/o AIS Portfolio Servic,    P.O. Box 4360,    Houston, TX 77210-4360
14771849       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 15 2020 04:26:20      Comenity Bank / Buckle,
                 Po Box 182789,    Columbus, OH 43218-2789
14771850       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 15 2020 04:26:20
                 Comenity Bank / Gander Mountain,    Po Box 182789,    Columbus, OH 43218-2789
14771853        E-mail/Text: mrdiscen@discover.com Aug 15 2020 04:26:03      Discover Financial Services LLC,
                 Po Box 15316,    Wilmington, DE 19850
14775078        E-mail/Text: mrdiscen@discover.com Aug 15 2020 04:26:03      Discover Bank,
                 Discover Products Inc,    PO Box 3025,   New Albany, OH 43054-3025
14774026       +E-mail/Text: dplbk@discover.com Aug 15 2020 04:27:13      Discover Personal Loans,
                 PO Box 30954,    Salt Lake City, UT 84130-0954
14771848        E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 15 2020 04:34:00      Chase Card,
                 Po Box 15298,    Wilmington, DE 19850
14771855       +E-mail/Text: bk@lendingclub.com Aug 15 2020 04:27:16      Lending Club Corporation,
                 71 Stevenson Street,    Suite 300,   San Francisco, CA 94105-2985
14854278       +E-mail/Text: bk@lendingclub.com Aug 15 2020 04:27:16      LendingClub Corporation,
                 71 Stevenson Street, Suite 1000,    San Francisco, CA 94105-2967
14771856        E-mail/Text: camanagement@mtb.com Aug 15 2020 04:26:16      M & T Bank,   1 Fountain Plaza,
                 Buffalo, NY 14203
14786970        E-mail/Text: camanagement@mtb.com Aug 15 2020 04:26:16      M&T Bank,   P.O. Box 1288,
                 Buffalo, NY 14240-1288
14796390        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 15 2020 04:32:35
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14772668       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 15 2020 04:34:10
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14771857        E-mail/PDF: gecsedi@recoverycorp.com Aug 15 2020 04:33:57      PayPal Credit,   PO Box 71202,
                 Charlotte,NC 28272-1202
14812637        E-mail/Text: bnc-quantum@quantum3group.com Aug 15 2020 04:26:26
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,   Kirkland, WA 98083-0788
14805806        E-mail/Text: bnc-quantum@quantum3group.com Aug 15 2020 04:26:26
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,    Kirkland, WA 98083-0788
14771859       +E-mail/PDF: gecsedi@recoverycorp.com Aug 15 2020 04:33:55      Syncb / Car Care Discount Tire,
                 Po Box 965036,    Orlando, FL 32896-5036
14771860       +E-mail/PDF: gecsedi@recoverycorp.com Aug 15 2020 04:33:56      Syncb / Golfsmith,
                 950 Forrer Boulevard,    Kettering, OH 45420-1469
14771861       +E-mail/PDF: gecsedi@recoverycorp.com Aug 15 2020 04:33:55      Syncb / JCPenney Dc,
                 Po Box 965007,    Orlando, FL 32896-5007
14771862       +E-mail/PDF: gecsedi@recoverycorp.com Aug 15 2020 04:33:56      Syncb / Walmart,   Po Box 965024,
                 Orlando, FL 32896-5024
14771863       +E-mail/PDF: gecsedi@recoverycorp.com Aug 15 2020 04:33:04      Syncb / Walmart Dc,
                 Po Box 965024,    Orlando, FL 32896-5024
14771864       +E-mail/PDF: gecsedi@recoverycorp.com Aug 15 2020 04:33:04      Syncb / Yamaha,
                 900 Concourse Drive,    Rapid City, SD 57703-4762
14771866       +E-mail/Text: Bankruptcy@ukfcu.org Aug 15 2020 04:27:37      University Of Kentucky,
                 1080 Export Street,    Lexington, KY 40504-2761
```

```
District/off: 0315-1           User: jmar                Page 2 of 2               Date Rcvd: Aug 14, 2020
                               Form ID: 213              Total Noticed: 41
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
                                                                                                TOTAL: 27

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              M&T Bank
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                     TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 14, 2020 at the address(es) listed below:
```
              Daniel P. Foster    on behalf of Joint Debtor Delaynne A. Logsdon dan@mrdebtbuster.com,
               katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy
               .com
              Daniel P. Foster    on behalf of Debtor Jeremy L. Logsdon dan@mrdebtbuster.com,
               katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy
               .com
              James   Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 5
```