Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Jeremy L. Logsdon** | : | Case No. 18−10113−TPA |
| **Delaynne A. Logsdon** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 30th of September, 2020,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-10113-TPA |
| Jeremy L. Logsdon | Chapter 13 |
| Delaynne A. Logsdon | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: jmar | Page 1 of 3 |
| Date Rcvd: Sep 30, 2020 | Form ID: 309 | Total Noticed: 41 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jeremy L. Logsdon, Delaynne A. Logsdon, 68 South Street, Union City, PA 16438-1224 |
| 14816482 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14771846 | ++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034 address filed with court:, Cbna, 50 Northwest Point Road, Elk Grove Village, IL 60007 |
| 14771847 | + | Chase Auto, Po Box 901003, Ft Worth, TX 76101-2003 |
| 14771851 | + | Comenity Bank / My Points Reward, Po Box 182120, Columbus, OH 43218-2120 |
| 14771852 | + | Discover Bank, 502 East Market Street, Greenwood, DE 19950-9700 |
| 14771854 | | Kohls / Capital One, N56 West 17000 Ridgewood Drive, Menomonee Falls, WI 53051 |
| 14771858 | + | Saint Vincent Health Center, 232 West 25th Street, Erie, PA 16544-0001 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Oct 01 2020 05:13:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14775831 | | EDI: GMACFS.COM | Oct 01 2020 05:13:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14771842 | + | EDI: GMACFS.COM | Oct 01 2020 05:13:00 | Ally Financial, 200 Renaissance Center, Detroit, MI 48243-1300 |
| 14771843 | | EDI: BANKAMER.COM | Oct 01 2020 05:13:00 | Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 14771844 | + | EDI: TSYS2.COM | Oct 01 2020 05:13:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 14771845 | + | EDI: CAPONEAUTO.COM | Oct 01 2020 05:13:00 | Capital One Auto Finance, 3901 Dallas Parkway, Plano, TX 75093-7864 |
| 14777459 | + | EDI: AISACG.COM | Oct 01 2020 05:13:00 | Capital One Auto Finance, c/o AIS Portfolio Servic, P.O. Box 4360, Houston, TX 77210-4360 |
| 14808253 | | EDI: BL-BECKET.COM | Oct 01 2020 05:13:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14771849 | + | EDI: WFNNB.COM | Oct 01 2020 05:13:00 | Comenity Bank / Buckle, Po Box 182789, Columbus, OH 43218-2789 |
| 14771850 | + | EDI: WFNNB.COM | Oct 01 2020 05:13:00 | Comenity Bank / Gander Mountain, Po Box 182789, Columbus, OH 43218-2789 |
| 14771853 | | EDI: DISCOVER.COM | Oct 01 2020 05:13:00 | Discover Financial Services LLC, Po Box 15316, Wilmington, DE 19850 |
| 14775078 | | EDI: DISCOVER.COM | Oct 01 2020 05:13:00 | Discover Bank, Discover Products Inc, PO Box |

Case 18-10113-TPA  Doc 72  Filed 10/02/20  Entered 10/03/20 02:01:26  Desc Imaged
Certificate of Notice  Page 3 of 4

| District/off: 0315-1 | User: jmar | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 30, 2020 | Form ID: 309 | Total Noticed: 41 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 3025, New Albany, OH 43054-3025 |
| 14774026 | + | EDI: DISCOVERPL | Oct 01 2020 05:13:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 14771848 | | EDI: JPMORGANCHASE | Oct 01 2020 05:13:00 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14771855 | + | Email/Text: bk@lendingclub.com | Oct 01 2020 03:17:00 | Lending Club Corporation, 71 Stevenson Street, Suite 300, San Francisco, CA 94105-2985 |
| 14854278 | + | Email/Text: bk@lendingclub.com | Oct 01 2020 03:17:00 | LendingClub Corporation, 71 Stevenson Street, Suite 1000, San Francisco, CA 94105-2967 |
| 14771856 | | Email/Text: camanagement@mtb.com | Oct 01 2020 03:15:00 | M & T Bank, 1 Fountain Plaza, Buffalo, NY 14203 |
| 14786970 | | Email/Text: camanagement@mtb.com | Oct 01 2020 03:15:00 | M&T Bank, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 14796390 | | EDI: PRA.COM | Oct 01 2020 05:13:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14772668 | + | EDI: PRA.COM | Oct 01 2020 05:13:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14771857 | | EDI: RMSC.COM | Oct 01 2020 05:13:00 | PayPal Credit, PO Box 71202, Charlotte,NC 28272-1202 |
| 14805806 | | EDI: Q3G.COM | Oct 01 2020 05:13:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14812637 | | EDI: Q3G.COM | Oct 01 2020 05:13:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14771859 | + | EDI: RMSC.COM | Oct 01 2020 05:13:00 | Syncb / Car Care Discount Tire, Po Box 965036, Orlando, FL 32896-5036 |
| 14771860 | + | EDI: RMSC.COM | Oct 01 2020 05:13:00 | Syncb / Golfsmith, 950 Forrer Boulevard, Kettering, OH 45420-1469 |
| 14771861 | + | EDI: RMSC.COM | Oct 01 2020 05:13:00 | Syncb / JCPenney Dc, Po Box 965007, Orlando, FL 32896-5007 |
| 14771862 | + | EDI: RMSC.COM | Oct 01 2020 05:13:00 | Syncb / Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 14771863 | + | EDI: RMSC.COM | Oct 01 2020 05:13:00 | Syncb / Walmart Dc, Po Box 965024, Orlando, FL 32896-5024 |
| 14771864 | + | EDI: RMSC.COM | Oct 01 2020 05:13:00 | Syncb / Yamaha, 900 Concourse Drive, Rapid City, SD 57703-4762 |
| 14771865 | + | EDI: CITICORP.COM | Oct 01 2020 05:13:00 | The Home Depot / Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14771866 | + | Email/Text: Bankruptcy@ukfcu.org | Oct 01 2020 03:17:00 | University Of Kentucky, 1080 Export Street, Lexington, KY 40504-2761 |
| 14795537 | | EDI: WFFC.COM | Oct 01 2020 05:13:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14771867 | + | EDI: WFFC.COM | Oct 01 2020 05:13:00 | Wells Fargo Financial National Bank, 420 Montgomery Street, San Francisco, CA 94104-1298 |

TOTAL: 33

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID    Bypass Reason   Name and Address**

| | | |
|---|---|---|
| District/off: 0315-1 | User: jmar | Page 3 of 3 |
| Date Rcvd: Sep 30, 2020 | Form ID: 309 | Total Noticed: 41 |

| | | |
|---|---|---|
| cr | | M&T Bank |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| jdb | *+ | Delaynne A. Logsdon, 68 South Street, Union City, PA 16438-1224 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2020            Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor M&T Bank bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Joint Debtor Delaynne A. Logsdon dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Debtor Jeremy L. Logsdon dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5