**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    JEREMY L. LOGSDON
    DELAYNNE A. LOGSDON
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Respondents.

Case No.:18-10113 TPA

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 02/09/2018 and confirmed on 04/24/2018. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 25,610.99 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 25,610.99 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,005.00 | |
|   Trustee Fee | 1,137.95 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,142.95 |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   M & T BANK | 0.00 | 13,995.01 | 0.00 | 13,995.01 |
|     Acct: 1283 | | | | |
|   UNIVERSITY OF KENTUCKY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0000 | | | | |
|   WELLS FARGO BANK NA | 501.28 | 501.28 | 0.00 | 501.28 |
|     Acct: 6736 | | | | |
|   ALLY BANK(*) | 14,560.13 | 3,771.55 | 1,462.15 | 5,233.70 |
|     Acct: 5117 | | | | |
|   CAPITAL ONE AUTO FINANCE - DIV CAPITA | 4,529.15 | 1,381.98 | 356.07 | 1,738.05 |
|     Acct: 8598 | | | | |
| | | | | 21,468.04 |
| **Priority** | | | | |
|   DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JEREMY L. LOGSDON | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FOSTER LAW OFFICES** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 18-10113 TPA | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 2 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | | |
| | DANIEL P FOSTER ESQ** | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | DANIEL P FOSTER ESQ** | 950.00 | 5.00 | 0.00 | 0.00 |
| | Acct: XXXXXXXXXXXXXXXXXXXXXXXX1-20 | | | | |
| | | ***NONE*** | | | |
| Unsecured | | | | | |
| | BANK OF AMERICA NA** | 511.49 | 0.00 | 0.00 | 0.00 |
| | Acct: 8839 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LLC | 3,778.91 | 0.00 | 0.00 | 0.00 |
| | Acct: 7556 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LLC | 4,521.81 | 0.00 | 0.00 | 0.00 |
| | Acct: 5316 | | | | |
| | JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0226 | | | | |
| | JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0309 | | | | |
| | QUANTUM3 GROUP LLC AGNT - COMENITY | 1,214.25 | 0.00 | 0.00 | 0.00 |
| | Acct: 4013 | | | | |
| | QUANTUM3 GROUP LLC AGNT - COMENITY | 2,126.46 | 0.00 | 0.00 | 0.00 |
| | Acct: 1040 | | | | |
| | DISCOVER PERSONAL LOANS** | 17,057.83 | 0.00 | 0.00 | 0.00 |
| | Acct: 2905 | | | | |
| | DISCOVER PERSONAL LOANS** | 16,228.17 | 0.00 | 0.00 | 0.00 |
| | Acct: 0869 | | | | |
| | DISCOVER BANK(*) | 18,963.56 | 0.00 | 0.00 | 0.00 |
| | Acct: 6065 | | | | |
| | DISCOVER BANK(*) | 3,294.32 | 0.00 | 0.00 | 0.00 |
| | Acct: 0785 | | | | |
| | CAPITAL ONE NA** | 1,191.55 | 0.00 | 0.00 | 0.00 |
| | Acct: 2084 | | | | |
| | CAPITAL ONE NA** | 317.10 | 0.00 | 0.00 | 0.00 |
| | Acct: 4821 | | | | |
| | LENDING CLUB CORP | 30,220.87 | 0.00 | 0.00 | 0.00 |
| | Acct: 6193 | | | | |
| | PAYPAL CREDIT++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2343 | | | | |
| | PAYPAL CREDIT++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9828 | | | | |
| | ST VINCENT HEALTH CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5628 | | | | |
| | QUANTUM3 GROUP LLC AGNT - MOMA FU | 2,351.77 | 0.00 | 0.00 | 0.00 |
| | Acct: 3803 | | | | |
| | QUANTUM3 GROUP LLC AGNT - MOMA FU | 4,711.75 | 0.00 | 0.00 | 0.00 |
| | Acct: 2972 | | | | |
| | QUANTUM3 GROUP LLC AGNT - MOMA FU | 5,176.61 | 0.00 | 0.00 | 0.00 |
| | Acct: 3037 | | | | |
| | QUANTUM3 GROUP LLC AGNT - MOMA FU | 2,867.57 | 0.00 | 0.00 | 0.00 |
| | Acct: 3478 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LLC | 4,534.75 | 0.00 | 0.00 | 0.00 |
| | Acct: 3721 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LLC | 2,141.54 | 0.00 | 0.00 | 0.00 |
| | Acct: 5642 | | | | |
| | WELLS FARGO BANK NA | 89.44 | 0.00 | 0.00 | 0.00 |
| | Acct: 6736 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3803 | | | | |
| | AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

| 18-10113 TPA | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 3 of 3 |
|---|---|---|---|---|---|
| Creditor Type   Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
|    BRIAN C NICHOLAS ESQ | | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | | |

\*\*\*N O N E\*\*\*

| TOTAL PAID TO CREDITORS | | 21,468.04 |
|---|---|---|

TOTAL CLAIMED
PRIORITY              0.00
SECURED         19,590.56
UNSECURED      121.299.75

Date: 11/11/2020                                              /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com